UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANAND NACHIKET MUNSIF,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>HONORABLE ATTORNEY GENERAL OF USA, *et al.*,<br><br>                    Defendants. | 19 Civ. 3228 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received numerous motions from Plaintiff in this action, styled as motions for expedited processing, physical protection, reinstatement of this case, "give money to me," and "punish delayers severely." (Dkt. # 24-29). None of the above are valid motions and no legal basis is given for any of them. Moreover, this case has been closed since April 19, 2019. All motions are DENIED, and the Clerk of Court is directed to terminate the motions at docket entries 24, 27, and 29.

   SO ORDERED.

Dated:   May 6, 2020
         New York, New York

                                    _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Anand Nachiket Munsif
606 West 42nd Street
Apt. 606
New York, NY 10036
```